WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 5:20-mc-00052 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **November 12, 2020**
in favor of **NATIONWIDE JUDGMENT RECOVERY INC.**
whose address is **8452 Katella Ave, Stanton CA 90680**
and against **LOIS M DAVISON**
whose last known address is **45985 COTTONWOOD RD, NEWBERRY SPRINGS CA 92365**
for $ **68,638.94**    Principal, $ **5,649.52**    Interest, $ **0**    Costs,
and $ **0.00**    Attorney Fees.

ATTESTED this **3** day of **February**, 20**21**

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; **5244** (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

LOIS M DAVISON
45985 COTTONWOOD RD
NEWBERRY SPRINGS CA 92365

1149

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

CHRIS SAWYER

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER