TOM R. NORMANDIN / SBN 102265
PRENOVOST, NORMANDIN, DAWE & ROCHA
2122 N. BROADWAY, SUITE 200,
SANTA ANA, CA 92706
EMAIL: tnormandin@pnbd.com
Tel: (714)547-2444

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC.<br><br>**PLAINTIFF(S)**<br>v.<br>TODD DISNER, et al.<br><br>**DEFENDANT(S).** | CASE NUMBER<br><br>5:22-cv-02005-PSG (KKx)<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of LOS ANGELES

☐ State of _____, County of _____

I, TOM R. NORMANDIN hereby state under penalty of perjury that,

1. Judgment for $ 74,288.46 was entered on 11/12/2020 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of NATIONWIDE JUDGMENT RECOVERY, INC. as Judgment Creditor, and against LOIS M DAVISON as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:14-CV-91 in the United States District Court for the WESTERN District of NORTH CAROLINA and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the CENTRAL District of CALIFORNIA are the following sums:
   $ 4,373.90 accrued interest, computed at 1.22 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at SANTA ANA, State of CALIFORNIA, this 4TH date of FEBRUARY, 2026.

*Tom R. Normandin*
Signature

**\*Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION